# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. **25-2309**

Greene v. Attorney General

To:     Clerk

1)      Motion by Appellees to Hold Case in Abeyance

---

The foregoing motion is granted.  The appeal is hereby stayed pending disposition in the United States Supreme Court of the petition for writ of certiorari in *United States v. Hemani*, Supreme Court No. 24-1234. Upon final disposition by the Supreme Court, Appellees must file responses within twenty-one (21) days advising the Court of what effect, if any, the decision in *Hemani* has on the pending appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 5 November 2025
        AWI/CC: DH, JP, SHH, MSR